[Hillsborough, June, 1880.]

RING v. HOLT.

*Burns*, for the plaintiff.

*Wallace*, for the defendant.

Report of a referee whose general finding for the plaintiff was apparently based on an inference of fact. No error of law appearing, judgment was rendered on the report.

ALLEN, J., did not sit: the others concurred.